IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL L. FARLEY<br>180 Cave Hill Road<br>Little Hocking, OH  45742, | : <br>:<br>: | Case No. 2:18-cv-722 |
| Plaintiff, | : | Judge _____ |
| v. | : | |
| HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY<br>Hartford Plaza, 690 Asylum Avenue<br>Hartford, CT  06115, | :<br><br>:<br><br>: | Magistrate Judge _____ |
| Defendant. | | |

## **COMPLAINT**

For his Complaint against the Defendant, Hartford Life and Accident Insurance Company, Plaintiff Michael L. Farley states as follows:

**Parties**

1. The Plaintiff, Michael L. Farley, was at all relevant times an employee of Wal-Mart Stores, Inc. ("Wal-Mart") and a participant in a long-term disability plan (the "Plan") established and maintained by Wal-Mart under the provisions of the Employee Retirement Income Security Act.

2. The Defendant, Hartford Life and Accident Insurance Company (hereinafter "Hartford"), is the insurer, under Policy No. GLT024554, of the Plan and is, therefore, the real party in interest with respect to this claim.

1

## Jurisdiction and Venue

3. The Plaintiff's claims arise under ERISA. Jurisdiction is based on 29 U.S.C. § 1132.

4. The defendant conducts business and administers, in part, its benefits throughout counties in Southern and Eastern Ohio including, *inter alia*, Washington County. Under 29 U.S.C. § 1132(e)(2), venue is appropriate in the Eastern Division of the Southern District of Ohio.

## Facts Common to All Claims

5. The Plaintiff, Michael L. Farley, was employed at Wal-Mart at all relevant times, most recently as a shift manager.

6. As an employee of Wal-Mart, Farley is a participant in the Plan and is eligible for long-term disability benefits under the Plan.

7. On or about October 5, 2011, Farley was forced to stop working due to, *inter alia*, cervical spinal stenosis, degenerative disc disease, osteoarthritis, lumbar radiculopathy, and back pain.

8. Farley timely applied to Hartford for long-term disability benefits.

9. Farley was approved by Hartford for long-term disability benefits and received a year of benefits through the own-occupation period.

10. Farley also applied for and was awarded disability benefits from the Social Security Administration.

11. In a letter dated February 1, 2013, Hartford informed Farley that it had determined Farley met the new definition of "Total Disability," meaning that Farley was disabled from "Any Occupation" and therefore remained eligible for long-term disability benefits.

12. Hartford continued paying Farley long-term disability benefits until January 2018.

13. In a letter dated February 19, 2018, Hartford informed Farley that it had terminated his disability benefits effective January 18, 2018, upon Hartford's determination that Farley was no longer disabled.

14. Farley timely appealed, submitting additional evidence of his disability.

15. Hartford denied Farley's appeal.

16. Farley has exhausted his administrative remedies.

**Count I – For Benefits**

17. The foregoing allegations are incorporated by reference as if fully rewritten herein.

18. Farley brings this claim under 29 U.S.C. §1132(a)(1)(B) and seeks a determination of his right to disability benefits and an award of those benefits.

19. Farley is disabled under the terms of the plan, and he is entitled to long-term disability benefits.

WHEREFORE, the Plaintiff, Farley, demands judgment in his favor and against Hartford as follows:

A. A determination that Farley is entitled to benefits under the terms of the Plan;

B. An award of benefits in the form of a single lump sum representing monthly benefits that Farley should have received from the date his benefits were discontinued and continuing until the date of judgment;

C. A further order directing Hartford to pay to Farley a monthly disability benefit, beginning on the date of judgment and continuing until Farley is no longer disabled under the terms of the Plan;

D. Pre-judgment and post-judgment interest;

E. Attorney's fees and the costs of this action; and

F. Such other and further relief as the Court determines to be equitable and just.

Respectfully submitted,

_____/s/ Tony C. Merry_____
Tony C. Merry        (0042471)
Trial Attorney
Law Offices of Tony C. Merry, LLC
7100 N. High Street, Suite 302
Worthington, Ohio  43085
(614) 372-7114
(614) 505-6109 [fax]
tmerry@tmerrylaw.com
Attorney for Plaintiff